UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No.: C-1- 11-140 |
| SANDRA K. SMITH |  |  |
| Plaintiff, | : | Black, J.; Bowman, M.J. |
| v. | : |  |
| UNIVERSITY OF CINCINNATI  Defendant |  |  |
|  | : |  |

**ORDER**

Upon oral request to seal the transcript filed February 15, 2012 (Doc. 16);

That request is GRANTED and the Court Reporter and the Clerk of Courts is hereby directed to SEAL the above referenced pleading.

**IT IS SO ORDERED.**

/s/ *Stephanie K. Bowman*
United States Magistrate Judge